UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :

        V.                              : Case No. 10-mj-4087-01 (CCC)

                                         :        O R D E R

JOHN DI SALVO

                                         :

      The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

      It is on this   17th   day of    MAY   , 2010,

ORDERED that    John Yauch    from the Office of the Federal Public Defender  for the District of New Jersey is hereby  appointed to represent said defendant is this cause until further order of the Court.

                                               S/   ESTHER SALAS
                                    UNITED STATES MAGISTRATE JUDGE